[Rev. 7/13]

ESTE FORMULARIO SE USARÁ SOLAMENTE COMO UNA GUÍA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
DISTRITO DE NUEVA JERSEY

RECEIVED

September 15, 2020

At: 8:30_____.m

WILLIAM T. WALSH

CLERK

UNITED STATES OF AMERICA

El Ministerio Público de los
Estados Unidos de América

v.
-contra-

Cynthia Tarrago Diaz

Crim. No. 3:20-779-01(FLW)

_ Causa Penal Nº.

APPLICATION FOR PERMISSION
TO ENTER PLEA OF GUILTY

SOLICITUD DE PERMISO PARA
ANOTAR UNA DECLARACIÓN DE
CULPABILIDAD

(Defendant with Counsel)
(Acusado(a) con Abogado(a))

__Cynthia Tarrago Diaz_____, hereby certifies as follows:
(Defendant's Name)
(Nombre del acusado), por este medio certifica lo siguiente:

1.  My full name is __Cynthia Tarrago Diaz_____
    Me llamo:              [Nombre(s) y apellido(s)]
    and I request that all proceedings against me be held in that name.
    y solicito que todo el proceso en contra de mí se adjudique con ese nombre.

2.  I understand that the Constitution and laws of the United States guarantee me the right to be represented by a lawyer at every stage in these proceedings, including any trial on these charges, and that if I cannot afford to hire a lawyer, the Court will provide one for me.

    Entiendo que la Constitución y las leyes de los Estados Unidos me garantizan el derecho a ser representado por un abogado en cada etapa de este proceso, incluyendo cualquier juicio oral por estos cargos, y que si no tengo los recursos para contratar a un abogado, el Tribunal me lo proporcionará.

3.  I have a lawyer who is representing me in this proceeding. My lawyer's name is: __Andrea Dechenne Bergman__. I am satisfied that I have had enough time to discuss this matter with my lawyer.

      Tengo un(a) abogado(a) que me representa en este proceso. El nombre de mi abogado(a) es _____. Estoy conforme de haber tenido suficiente tiempo para tratar este asunto con mi abogado(a).

4.   English [IS] [**IS NOT**] my native language.
      El inglés [ES] [NO ES] mi lengua materna.

      My formal education stopped after [grade] _college degree in communication and journalism_
      Mis estudios formales terminaron después del grado

      I am presently [**UNEMPLOYED**] [EMPLOYED] as a _____
      (occupation).
      Actualmente estoy [DESEMPLEADO] [EMPLEADO] como (oficio o profesión)

5.   I have taken [**NO**] [THE FOLLOWING] drugs or medication within the past seventy-two hours.

      [NO HE TOMADO NINGUNA DROGA O MEDICINA] [HE TOMADO LAS SIGUIENTES DROGAS O MEDICINAS] en las últimas setenta y dos horas.

6.   I [HAVE] [**HAVE NEVER**] been a patient in a mental hospital or institution. I [DO] [**DO NOT**] believe that at the present time I am mentally ill or mentally incompetent in any respect.

      [HE SIDO] [NUNCA HE SIDO] paciente en un hospital ni institución para enfermos mentales. En el momento presente [CREO QUE] [CREO QUE NO] estoy enfermo(a) mentalmente [o] [ni] tengo una ineptitud mental [en algún aspecto] [en ningún aspecto.]

7.   I received a copy of the [COMPLAINT] [INDICTMENT] [**INFORMATION**] before being called upon to plead. I have read and discussed it with my lawyer. I understand that the substance of the charge(s) against me is that I:

      Recibí una copia de [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO] antes de ser llamado a hacer mi alegación. Lo he leído y lo he tratado con mi abogado. Entiendo que en esencia el cargo que se me imputa es que yo: _____
_That I knowingly and wilfully participated in a conspiracy with others to launder money that you were advised had been the product of illegal narcotics transactions._
      [add separate sheets if necessary] [Añada hojas adicionales si fuera necesario]

<u>WAIVER OF INDICTMENT (IF APPLICABLE)</u>

<u>RENUNCIA AL DERECHO A UN DOCUMENTO INCULPATORIO (SI CORRESPONDE</u>

8. My lawyer has explained to me that I have a constitutional right to be charged by an indictment of a grand jury but that I can waive that right and consent to being charged through a criminal Information filed by the United States Attorney.

   Mi abogado me ha explicado que tengo el derecho constitucional de ser acusado mediante un documento inculpatorio formulado por un jurado indagatorio (gran jurado), pero que puedo renunciar a ese derecho y dar mi consentimiento para ser acusado mediante un informe acusatorio presentado por el fiscal federal del distrito.

9. I understand that unless I waive indictment I may not be charged with a felony unless a grand jury finds by return of an indictment that there is probable cause to believe that a crime has been committed and that I committed it.

   Entiendo que a menos que yo renuncie a mi derecho al inculpatorio del gran jurado, no podría ser acusado de un delito grave sin que un gran jurado determinara mediante la formulación de un documento inculpatorio que hay motivo fundado para creer que se ha cometido un acto delictivo y que yo lo cometí.

10. I also understand that if I do not waive indictment, the government may present the case to the grand jury and request the grand jury to indict me.

    También entiendo que si no renuncio a mi derecho a un documento inculpatorio, el gobierno puede presentarle los indicios de mi criminalidad al gran jurado y solicitar que se formule un documento inculpatorio en contra de mí.

11. I understand that a grand jury is composed of at least 16 and not more than 23 persons, that at least 12 grand jurors must find that there is probable cause to believe that I committed the crime. I also understand that the grand jury may or may not indict me.

    Entiendo que el gran jurado está compuesto por un grupo de entre 16 y 23 personas y que por lo menos 12 de los integrantes del gran jurado tienen que determinar que hay un motivo fundado para creer que yo perpetré el acto delictivo. También entiendo que el gran jurado podría acusarme o podría no hacerlo.

12. I further understand that by waiving indictment by the grand jury, the case will proceed against me on the United States Attorney's Information as though I had been indicted.

    Entiendo, además, que, al renunciar a mi derecho al inculpatorio del gran jurado, el proceso continuará en contra de mí basado en el informe acusatorio del fiscal federal del distrito tal como si yo hubiera sido acusado por un documento inculpatorio de un gran jurado.

13. My attorney has discussed the nature of the charges(s) against me and waiving my right to indictment thereon by grand jury, I fully understand those rights, and I wish to waive indictment by grand jury.

    Mi abogado me ha explicado la índole del cargo (de los cargos) que se me imputa(n) y la renuncia de mi derecho a que un gran jurado me acuse formalmente por esos cargos. Entiendo perfectamente esos derechos y deseo renunciar a la acusación mediante un inculpatorio del gran jurado.

14. My decision to waive indictment by grand jury is made knowingly and voluntarily, and no threats or promises have been made to induce me to waive indictment.

    Hago mi decisión de renunciar a mi derecho a un inculpatorio de un gran jurado a sabiendas y voluntariamente, sin que se me hayan hecho ni amenazas ni promesas para inducirme a renunciar al inculpatorio de un gran jurado.

THE GUILTY PLEA

LA DECLARACIÓN JUDICIAL DE CULPABILIDAD

15. I have told my lawyer all the facts and circumstances known to me about the charge(s) set forth in the [COMPLAINT] [INDICTMENT] [INFORMATION].

    Le he dicho a mi abogado todos los hechos y circunstancias de los cuales yo tengo conocimiento sobre el cargo expuesto en [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO].

16. I am satisfied that my lawyer understands the information which I have provided, and that my lawyer has counseled and advised me on the nature of each charge and on all possible defenses that I might have in this case.

    Estoy conforme de que mi abogado entiende la información que le he proporcionado, y que mi abogado me ha aconsejado y asesorado sobre la índole de cada cargo y sobre todos los posibles argumentos jurídicos de defensa que podría tener en esta causa.

17. In addition, my lawyer has explained to me, and I understand, that if I entered a plea of NOT GUILTY (or persisted in my plea of NOT GUILTY), under the Constitution and laws of the United States I would be entitled to a speedy and public trial by a jury of twelve persons on the charge(s) contained in this [COMPLAINT] [INDICTMENT] [INFORMATION].

    Además, mi abogado me ha explicado, y yo entiendo, que si me declaro NO CULPABLE (o persisto en mi declaración judicial de NO CULPABLE), de acuerdo con la

Constitución y las leyes de los Estados Unidos tendría derecho a un juicio público sin demora ante un jurado de doce personas por los cargos contenidos en [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO].

18. My lawyer has explained to me, and I understand, that at such a trial the jury would be told by the judge that I am presumed to be innocent, and that the Government would be required to prove me guilty of the charge(s) against me beyond a reasonable doubt. I understand that I would not have to prove that I am innocent, and that I could not be convicted unless all twelve jurors voted unanimously for conviction.

    Mi abogado me ha explicado, y yo entiendo, que en dicho juicio el juez le diría al jurado que se presume que soy inocente y que se requeriría que el ministerio público probara, más allá de una duda razonable, que soy culpable de los cargos que se me imputan. Entiendo que no tendría que probar que soy inocente, y que no podría ser culpado a menos que todos los doce integrantes del jurado votaran unánimemente para culparme.

19. My lawyer has explained to me, and I understand, that if I went to trial on these charge(s), the Government would have to produce in open court the witnesses against me, and that my lawyer could confront and cross-examine them and object to evidence offered by the Government.

    Mi abogado me ha explicado, y yo entiendo, que si fuera a juicio por estos cargos, el ministerio público tendría que presentar en sesión pública a los testigos que declararían contra mí, y que mi abogado podría hacerles el careo y el contrainterrogatorio y oponerse a que se aceptaran las pruebas ofrecidas por el gobierno.

20. My lawyer has further explained to me, and I understand, that I have the right to produce witnesses and could offer evidence in my defense at a trial on these charge(s), and that I would have the right, if I so chose, to testify on my own behalf at that trial; but if I chose not to testify, the jury could draw no suggestion or inference of guilt from that fact.

    Mi abogado también me ha explicado, y yo entiendo, que tengo derecho a presentar a testigos y que podría ofrecer medios de prueba para mi defensa en el juicio por estos cargos, y que yo tendría derecho, si eligiera hacerlo así, a testificar en mi propia defensa en ese juicio; pero si yo optara por no testificar, el jurado no podría sacar ninguna sugerencia ni inferencia de culpabilidad por el hecho de que yo no declare en el juicio.

21. My lawyer has explained to me, and I understand, that if I plead GUILTY to any charge(s) in this [COMPLAINT] [INDICTMENT] [INFORMATION] and the judge accepts my plea, I WAIVE MY RIGHT TO TRIAL AND THE OTHER RIGHTS SET FORTH IN PARAGRAPHS 17, 18, 19 and 20 ABOVE. I am aware and understand that if my GUILTY plea is accepted, there will be no trial and a judgment of GUILTY will be entered after which, the judge, upon consideration of my pre-sentence report, will

5

impose punishment upon me. I understand that if I plead GUILTY, the judge may impose the same punishment as if I had pleaded "not guilty", went to trial and was convicted by a jury.

Mi abogado me ha explicado, y yo entiendo, que si me declaro CULPABLE de cualquier cargo de [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO], y el juez acepta mi declaración de culpabilidad, RENUNCIO A MI DERECHO A UN JUICIO Y A LOS OTROS DERECHOS EXPRESADOS EN LOS PÁRRAFOS 17, 18, 19, y 20 QUE ANTECEDEN. Me doy cuenta y entiendo que <u>si se acepta mi declaración judicial de CULPABILIDAD, no habrá juicio</u>, y se asentará un fallo de CULPABILIDAD, después del cual, el juez, una vez que considere el informe precondenatorio, me impondrá el castigo. Entiendo que si me declaro CULPABLE, el juez puede imponerme el mismo castigo legal que podría imponerme si me hubiera declarado "no culpable", hubiera ido a juicio y hubiera sido culpado por un jurado.

22. My lawyer has also explained to me, and I understand, that if I plead GUILTY, I WAIVE MY RIGHT NOT TO INCRIMINATE MYSELF. I understand that the judge will ask me what I did and I will have to acknowledge my guilt as charged by setting forth my actions so that the judge is satisfied that I am, indeed, guilty. I understand that any statements I make at the time I plead GUILTY, if untrue and made under oath, can be the basis of a perjury prosecution against me.

    Mi abogado también me ha explicado, y yo entiendo, que si me declaro CULPABLE, RENUNCIO A MI DERECHO A NO INCRIMINARME. Entiendo que el juez me preguntará qué fue lo que yo hice y tendré que reconocer [confesar] mi culpabilidad del modo imputado exponiendo mis acciones de modo que el juez pueda quedar convencido de que en efecto soy culpable. Entiendo que cualquier declaración que haga en el momento de declararme CULPABLE, como la hago bajo juramento, si no fuera cierta, puede servir de base para entablar un proceso por perjurio en contra de mí.

<u>SENTENCING ISSUES</u>

<u>CUESTIONES RELATIVAS A LA IMPOSICIÓN DE LA PENA</u>

23. My lawyer has informed me, and I understand, that the maximum punishment which the law provides for the offense(s) charged in this [COMPLAINT] [INDICTMENT] [(INFORMATION)] is:

    Mi abogado me ha informado, y yo entiendo, que el castigo máximo que la ley dispone para el delito imputado en [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO] es:

    A MAXIMUM OF _____20_____ years imprisonment and a fine of $___250K___ for

the offense(s) charged in Count(s) __I_____. My lawyer has further explained, and I understand, that there is [NO] [A] mandatory minimum punishment of ___ years imprisonment and [NO] [A] mandatory minimum fine of $_____ for the offense(s) charged in Count(s) _____.

UN MÁXIMO DE _____ años de prisión y una multa de US$_____ por el (los) acto(s) delictivo(s) imputado(s) en el (los) Cargo(s)_____. Mi abogado también me ha explicado, y yo entiendo, que [NO HAY] [HAY] un castigo mínimo legal obligatorio de _____ años de encarcelamiento y que [NO HAY NINGUNA] [HAY UNA] multa mínima legal obligatoria de US$_____ por el (los) delito(s) imputado(s) en el (los) cargo(s) _____.

I understand that if I plead GUILTY to Count(s)_____I_____ of the [COMPLAINT] [INDICTMENT] [INFORMATION], I face a maximum sentence on those Count(s) of ___20_____ years imprisonment, plus an aggregate fine of $_250K_____. My lawyer has additionally explained to me, and I understand, that, in addition to or in lieu of the penalties already discussed, I may be ordered to make restitution to any victim of the offense and that the Court may require me to make a restitution in services instead of money or to make restitution to a designated third person or organization instead of the victim. I understand that in determining whether to order restitution and the amount of restitution the Court will consider the amount of the loss sustained by any victim as a result of the offense, my financial resources, the financial needs and earning ability of my dependents, and any other factors as the Court deems appropriate.

Entiendo que si me declaro CULPABLE del (de los) Cargo(s) de [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO] le hago frente a una condena máxima por esos cargos de _____ años de pena a prisión, más una multa total de US$_____. Mi abogado también me ha explicado, y yo entiendo, que además de las penalidades ya mencionadas, o en lugar de ellas, se me puede ordenar que haga restitución a cualquier víctima del delito, y que el tribunal puede requerir que la restitución sea en forma de servicios en vez de dinero o que la restitución se le haga a una tercera persona u organización designada en lugar de a la víctima. Entiendo que al determinar si ordenará restitución y la cantidad de la restitución, el juez considerará la cantidad de la pérdida sufrida por cualquiera de las víctimas como resultado de la infracción, mis recursos económicos, las necesidades financieras y la capacidad de ganar dinero de las personas a mi cargo, y cualquier otro tipo de factores que el tribunal considere apropiado.

I understand that I will be assessed $100 for each felony upon which I am sentenced and $25 for each misdemeanor, if any.

Entiendo que se me impondrá un gravamen obligatorio de US$100 por cada delito grave por el cual sea sentenciado(a) y US$25 por cada falta, si la hubiera.

7

24. I hereby declare that no officer or agent of any branch of government, (Federal, State or local), nor my lawyer, nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I will receive a lighter sentence, or probation, or any other form of leniency if I plead GUILTY. My lawyer has explained, and I understand, that only the judge may decide what punishment I shall receive, and that if any person has told me otherwise, that person is not telling me the truth.

    Por este medio declaro que ningún funcionario ni agente de ninguna dependencia del gobierno (federal, estatal o municipal), ni mi abogado, ni ninguna otra persona, me ha hecho ninguna promesa ni sugerencia de ninguna clase, ni que yo sepa, a ninguna otra persona, de que recibiré una condena más leve, o libertad condicional a prueba [probatoria], o cualquier otra forma de clemencia si me declaro CULPABLE. Mi abogado me ha explicado, y yo entiendo, que únicamente el juez puede decidir el castigo que recibiré, y que si cualquier persona me ha dicho algo diferente, esa persona no me está diciendo la verdad.

25. I understand that the sentence to be imposed upon me is within the sole discretion of the sentencing judge, subject to the provisions of the Sentencing Reform Act of 1984.

    Entiendo que la sentencia que se ha de imponer cae dentro del poder discrecional único del juez sentenciador, sujeto a las disposiciones de la Ley de Reforma de las Sentencias de 1984.

26. I understand that in deciding what sentence to impose upon me, the sentencing judge is required to consider the maximum and minimum prison terms, fines and terms of supervised release recommended under the Sentencing Guidelines. I understand that the Sentencing Guidelines may authorize departures from the maximum and minimum Guidelines recommendations under certain circumstances.

    Entiendo que al decidir la sentencia que se me va a imponer, se requiere que el juez sentenciador considere los términos máximos y mínimos de pena a prisión, las multas y los términos de libertad supervisada recomendados de acuerdo con las Pautas Federales de Sentencia. Entiendo que las Pautas de Sentencia pueden autorizar desviaciones de las recomendaciones con respecto a las penas máximas y mínimas según las Pautas de acuerdo con ciertas circunstancias.

27. I understand that the Sentencing Guidelines are advisory, and that the sentencing judge must also consider the other statutory factors identified in 18 U.S.C. § 3553(a) in deciding what sentence to impose. I understand that the judge has the authority to impose a sentence more severe (up to the statutory maximum) or less severe than the sentencing range recommended by the Guidelines.

Entiendo que las Pautas de Sentencia son consultivas y que el juez sentenciador también tiene que considerar los otros factores legales identificados en el artículo 3553(a) del Título 18 del Código de los Estados Unidos [18 U.S.C. §3553(a)] al decidir la sentencia que se ha de imponer. Entiendo que el juez tiene la autoridad de imponer una pena más severa (hasta el máximo dispuesto en el artículo legal) o menos severa que el intervalo de penas recomendado por las Pautas.

28. I have discussed with my attorney how the Sentencing Guidelines might apply to my case.

    Mi abogado y yo hemos hablado del modo en que las Pautas Federales para la Imposición de Penas podrían aplicarse a mi causa judicial.

29. I understand that the Court will not be able to determine the sentence for my case until after the Pre-sentence Report has been completed and both I and the Government have had an opportunity to read the report and challenge any facts reported by the probation officer.

    Entiendo que el juez no podrá determinar la pena en mi causa judicial hasta después de que se haya completado el informe precondenatorio y el ministerio público (gobierno) y yo hayamos tenido la oportunidad de leer el informe e impugnar cualquiera de los hechos presentados por el agente de libertad condicional (de probatoria o libertad a prueba.)

30. I understand that the Court may be bound to impose a fine in accordance with statutory requirements.

    Entiendo que el juez podría estar obligado a imponerme una multa de acuerdo con requisitos legales.

31. I understand that parole has been abolished and that if I am sentenced to prison I will not be released on parole.

    Entiendo que [en la jurisdicción federal] se ha abolido la libertad condicional bajo palabra [*parole*] y que si soy sentenciado a una pena de prisión no seré puesto en libertad condicional bajo palabra.

32. I further understand that the Court [SHALL] [(MAY)] impose a term of supervised release to follow any term of imprisonment and that any violation of that term of supervised release may result in an additional term of imprisonment. I understand that I am subject to a term of supervised release of up to __3__ years, the statutory maximum period of supervised release for the crime(s) to which I am pleading guilty.

    Entiendo, además, que el juez [ME IMPONDRÁ] [ME PODRÍA IMPONER] un término

9

de libertad supervisada que seguirá a cualquier término de prisión impuesto, y que cualquier incumplimiento de ese término de libertad supervisada puede tener como resultado la imposición de un período adicional de encarcelamiento. Entiendo que estoy sujeto a un término de libertad supervisada de hasta _____ años, que es el periodo máximo legal de libertad supervisada por el delito del cual (los delitos de los cuales) me estoy declarando culpable.

I further understand that the provisions of 21 U.S.C. §_____, which provide for a mandatory minimum term of supervised release of \_\_\_\_\_ years, [DO] [DO NOT] apply to my case.

Entiendo, además, que las disposiciones del artículo_____ del Título 21 del Código de los Estados Unidos [21 U.S.C. §_____] que disponen un término mínimo de libertad supervisada de _____ años [CORRESPONDEN] [NO CORRESPONDEN] en mi causa.

33. I understand that I will have no right to withdraw my plea on the grounds that anyone's prediction as to the Guidelines range or expectation of sentence proves inaccurate.

    Entiendo que no tendré derecho a retirar mi declaración de culpabilidad sobre la base de que la predicción hecha por cualquier persona con respecto al intervalo según las Pautas o la condena esperada resulte ser inexacta.

34. My lawyer has explained to me, and I understand, that if I am not a citizen of the United States, my plea of GUILTY to the charged offense(s) [MAY] **[WILL LIKELY]** result in my being subject to separate immigration law proceedings to have me removed from the United States by making me deportable, excludable, or inadmissible, or ending my naturalization.

    Mi abogado me ha explicado y, además, entiendo que si no soy ciudadano de los Estados Unidos, el hecho de que me declare CULPABLE del delito imputado [PODRÁ RESULTAR] [PROBABLEMENTE RESULTARÁ] en que se inicie un proceso de deportación, por separado, en contra de mí, con el fin de expulsarme de los Estados Unidos, al hacerme sujeto a la deportación, excluible o inadmisible, o al poner fin a mi naturalización.

N/A

35. My lawyer has explained to me, and I understand, that if the charged offense(s) is a sex offense under 42 U.S.C. § 16911(5), my plea of GUILTY [MAY] [WILL LIKELY] result in a requirement that I register as a sex offender under Federal and State law, and I will be subject to the registration law's requirements and penalties.

    Mi abogado me ha explicado y, además, entiendo que si el delito imputado constituye un delito sexual de acuerdo con lo dispuesto en el artículo 16911(5) del Título 42 del Código de los Estados Unidos [42 U.S.C. § 16911(5)], mi declaración de CULPABILIDAD

10

[PODRÁ DAR LUGAR] [PROBABLEMENTE DARÁ LUGAR] a que tenga que inscribirme como delincuente sexual conforme a las leyes Federales o Estatales y, por ende, quedaré sujeto a los requisitos y a las penalidades establecidas en dichas leyes de inscripción.

PLEA AGREEMENT

CONVENIO DECLARATORIO (ACUERDO PARA LA DECLARACIÓN DE CULPABILIDAD)

36. I hereby declare that I have not been forced, coerced or threatened in any manner by any person to plead GUILTY to these charge(s). Nor have I been told that if I refuse to plead GUILTY, other persons will be prosecuted.

   Por este medio declaro que no he sido forzado, coaccionado ni amenazado en forma alguna por ninguna persona para que me declare CULPABLE de estos cargos. Ni tampoco se me ha dicho que si me niego a declararme CULPABLE, otras personas serán procesadas.

37. There [HAS] [HAS NOT] been a plea agreement entered into between me and the

   United States Attorney, by Assistant United States Attorney: Joseph Gribko, Esq.

   [ ] The plea agreement DOES NOT exist in written form.

   [x] The plea agreement DOES exist in written form. I have read it or have had it read to me in  Spanish  (LANGUAGE). My lawyer has explained it to me and I understand it.

   HAY [NO HAY] un acuerdo para la declaración de culpabilidad entre mi persona y el Fiscal Federal del Distrito, por el (la) Fiscal Federal Delegado(a) _____(Name) (Nombre).

   [ ] El acuerdo para la declaración de culpabilidad NO EXISTE por escrito.

   [ ] El acuerdo para la declaración de culpabilidad EXISTE por escrito. Lo he leído o se me ha leído en _____(IDIOMA). Mi abogado me lo ha explicado y yo lo entiendo.

38. The substance of the plea agreement is:

   Lo esencial del acuerdo para la declaración de culpabilidad es:_____

   One count of conspiracy to launder money that I believed were proceeds of unlawful narcotics transactions in exchange for no other charges being brought against me and to benefit from accepting responsibility.

11

_____

_____

39.     The plea agreement [DOES] [DOES NOT] contain stipulations agreed to by the parties.

El convenio para la declaración de culpabilidad [CONTIENE] [NO CONTIENE] estipulaciones acordadas por las partes.

IF APPLICABLE, CHOOSE ONE OF THE FOLLOWING:

SI CORRESPONDE, MARQUE UNO DE LOS SIGUIENTES:

[x]     I understand that my plea agreement sets forth a Guidelines calculation which I agree is the total Guidelines offense level applicable to me in this case. I further understand that I have waived the right to argue that the sentencing judge should impose a sentence below the range that results from this offense level, and that the government has waived the right to argue for a sentence above the range that results from this offense level.

       Entiendo que en mi convenio para la declaración de culpabilidad se expone un cálculo según las Pautas, y estoy de acuerdo que es el nivel de delito total de las Pautas que me corresponde en esta causa. Entiendo asimismo que he renunciado al derecho a alegar que el juez sentenciador debe imponer una pena por debajo del intervalo de meses que resulta a ese nivel de delito, y que el gobierno ha renunciado a su derecho a alegar que la pena sea por encima del intervalo a ese nivel de delito.

[ ]     I understand that my plea agreement sets forth a Guidelines calculation which I agree is the total Guidelines offense level applicable to me in this case. I further understand that with the exception of arguments regarding a departure as set forth in Paragraph ___ of Schedule A to the plea agreement, I have waived the right to argue that the sentencing judge should impose a sentence below the range that results from this offense level, and the government has waived the right to argue for a sentence above the range that results from this offense level.

       Entiendo que mi convenio para la declaración de culpabilidad expone un cálculo según las Pautas, y estoy de acuerdo que es el nivel de delito total de las Pautas que me corresponde en esta causa. Entiendo, además, que salvo por los argumentos relacionados a una desviación expuesta en el Párrafo _____ del Anexo A al convenio para mi declaración de culpabilidad, he renunciado al derecho a alegar que el juez sentenciador debe imponer una pena por debajo del intervalo de meses que resulta a ese nivel de delito, y que el gobierno ha renunciado a su derecho a alegar que la pena sea por encima del intervalo a ese nivel de delito.

12

[ ]  The plea agreement contains stipulations regarding certain facts. I understand that if the sentencing court accepts a factual stipulation set forth in the plea agreement, both I and the government have waived the right to file an appeal, collateral attack, writ, or motion claiming that the sentencing court erred in doing so.

El convenio para mi declaración de culpabilidad contiene estipulaciones relacionadas con ciertos hechos. Entiendo que si el juez sentenciador acepta una estipulación de hecho expresada en el convenio, tanto el gobierno como yo habremos renunciado al derecho a interponer una apelación, impugnación indirecta, auto judicial, o moción, afirmando que el juez sentenciador cometió un error al hacerlo así.

40. I understand that my plea agreement [PROVIDES][DOES NOT PROVIDE] that under certain circumstances I have waived my right to appeal or collaterally attack the sentence imposed in this case.

   Entiendo que mi convenio declaratorio [DISPONE] [NO DISPONE], de conformidad con ciertas circunstancias, una renuncia de parte mía a mi derecho a interponer un recurso de apelación de la pena que se me imponga en esta causa, o a una impugnación indirecta de ésta.

41. My lawyer has explained to me, and I understand, that if the judge accepts my GUILTY plea under the plea agreement, including the government's proposal to dismiss charges or to not bring other charges, the judge is not bound to follow the other terms in the plea agreement, including the stipulations recommending that a particular sentence or sentencing range is appropriate or that a particular provision of the Guidelines does or does not apply. I understand that if the judge does not follow one or all of the other terms of the plea agreement, including the stipulations, I will have no right to withdraw my GUILTY plea, even if the disposition of my case may be less favorable than that proposed in the plea agreement.

   Mi abogado me ha explicado, y yo entiendo, que si el juez acepta mi declaración de CULPABILIDAD de acuerdo con los términos del convenio para la declaración de culpabilidad, incluyendo la propuesta del gobierno de desestimar cargos o de no presentar otros cargos, el juez no está obligado a seguir los otros términos del convenio, incluyendo las estipulaciones que recomienden que una condena en particular o un intervalo de penas en particular es apropiado, o que una disposición en particular de las Pautas corresponde o no corresponde. Entiendo que si el juez no aceptara alguno de los términos del acuerdo, o ninguno de ellos, incluyendo las estipulaciones, no tendré derecho, sobre esa base, a retirar mi declaración de CULPABILIDAD, aun cuando la resolución de mi causa judicial resulte ser menos favorable que la propuesta en el convenio para la declaración de culpabilidad.

42. I believe that my lawyer has done all that anyone could do to counsel and assist me AND I AM SATISFIED WITH THE ADVICE AND HELP MY LAWYER HAS GIVEN ME.

13

    Creo que mi abogado ha hecho todo lo que cualquier persona podría hacer para asesorarme y ayudarme, Y ESTOY CONFORME CON EL CONSEJO Y LA AYUDA QUE MI ABOGADO ME HA DADO.

43. I know the judge will not permit anyone to plead GUILTY who claims to be innocent, and with that in mind and because I am GUILTY, I respectfully request that the Court accept my plea of GUILTY and to have the Clerk enter my plea of GUILTY as follows:

    Sé que el juez no le permitirá a nadie que se declare CULPABLE si afirma ser inocente, y teniendo esto en mente y porque soy CULPABLE, respetuosamente solicito que el Tribunal acepte mi DECLARACIÓN DE CULPABILIDAD y que haga que el Secretario del Tribunal anote mi DECLARACIÓN DE CULPABILIDAD del modo siguiente:

    To Count(s) _____I_____ of this [COMPLAINT] [INDICTMENT] [~~INFORMATION~~].

    Al (a los) Cargo(s) _____ de [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO].

44. I offer my plea of GUILTY freely and voluntarily and of my own accord with full understanding of all matters set forth in the [COMPLAINT] [INDICTMENT] [~~INFORMATION~~], in this application, and in the certification of my lawyer which is attached to this application.

    Ofrezco mi DECLARACIÓN DE CULPABILIDAD libre y voluntariamente, a mi libre albedrío, con pleno entendimiento de todos los asuntos expresados en [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO], en esta solicitud y en la certificación de mi abogado que está adjunta a esta solicitud.

45. I further declare that I wish to waive the reading of the [COMPLAINT] [INDICTMENT] [~~INFORMATION~~] in open court, and I request the Court to enter my plea of GUILTY as ~~set forth in Paragraph~~ 43, above.

    También declaro que deseo renunciar a la lectura pública de [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO], y solicito que el Tribunal anote mi declaración de CULPABILIDAD del modo expuesto en el Párrafo 43 que antecede.

46. The following person(s), if any, assisted me in completing this application:

    Las siguientes personas me ayudaron a llenar esta solicitud:_____

    Andrea Bergman, Esq. and Elsa Gonzalez (interpreter)

I hereby certify that the foregoing information and statements herein are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Por este medio certifico que la información precedente y las declaraciones contenidas en esta solicitud son ciertas. Me doy cuenta de que si alguna de las declaraciones precedentes hechas por mí fuera voluntariamente falsa, estoy sujeto a castigo.

Signed by me in open court in the presence of my lawyer this

Firmado de mi puño y letra en sesión pública, en presencia de mi abogado, en esta fecha:

    15th     day of   September  , 20 20 .

    (día)  (mes)        (año)

*s/ Cynthia Tarrago Diaz*

Cynthia Tarrago Diaz  Defendant

Acusado(a)

## CERTIFICATION OF COUNSEL

## CERTIFICACIÓN DEL ABOGADO

Andrea Dechenne Bergman _____ hereby certifies that:

_____, por este medio certifica que:

1. I am an attorney at law of the State of __NJ__ and have been [RETAINED BY] [ASSIGNED TO REPRESENT] the defendant Cynthia Tarrago Diaz _____, in [MAGISTRATE] [CRIMINAL No. ] _____.

   Soy un(a) abogado(a) en el estado de _____ y he sido [contratado(a)] [asignado(a)] para representar al (a la) acusado(a) en la Causa Penal Nº. _____.

2. I have read and fully explained to the defendant the allegations contained in the [COMPLAINT] [INDICTMENT] [INFORMATION].

   He leído y le he explicado cabalmente al (a la) acusado(a) las alegaciones contenidas en [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO].

3. To the best of my knowledge and belief the statements, representations, and declarations made by the defendant in the foregoing Application are in all respects accurate and true.

   A mi leal saber y entender, las afirmaciones, manifestaciones y declaraciones hechas por el (la) acusado(a) en la solicitud que antecede son en todo aspecto exactas y verdaderas.

4. (IF APPLICABLE) In my opinion the defendant's waiver of indictment by grand jury is voluntarily and knowingly made, and I recommend to the Court that the waiver be accepted by the Court.

   (SI CORRESPONDE) En mi opinión, la renuncia al derecho del [de la] acusado(a) al documento inculpatorio de un gran jurado la hace a sabiendas y voluntariamente y le recomiendo al tribunal que acepte dicha renuncia.

5. In my opinion the defendant's waiver of reading the [COMPLAINT] [INDICTMENT] [INFORMATION] in open court as provided in Rule 10 is voluntarily and knowingly made, and I recommend to the Court that the waiver be accepted by the Court.

   En mi opinión, la renuncia al derecho del [de la] acusado(a) a la lectura de [la DENUNCIA PENAL] [el DOCUMENTO INCULPATORIO] [el INFORME ACUSATORIO] en sesión pública del modo dispuesto por la Norma 10 la hace a sabiendas y voluntariamente y le recomiendo al tribunal que acepte dicha renuncia.

6. I have explained the maximum and any mandatory minimum penalty for each count to the defendant. I have explained to him that he may be ordered to make restitution under the Victim and Witness Protection Act.

    Le he explicado al [a la] acusado(a) las sanciones máximas y cualquier penalidad mínima obligatoria para cada cargo. Le he explicado que se podría ordenar que hiciera restitución de acuerdo con la Ley de Protección de Víctimas y Testigos.

7.   I have explained to the defendant that in imposing sentence, the sentencing judge is required to consider the Sentencing Guidelines, and I have further explained how the Guidelines might apply to this offense and to the defendant. I have further explained to the defendant that the Guidelines are advisory, not mandatory, and that the sentencing judge may impose a sentence higher or lower than that recommended by the Guidelines.

    Le he explicado al acusado que al imponer la sentencia se requiere que el juez sentenciador considere las Pautas Federales de Sentencias, y le he explicado el modo en que las Pautas podrían corresponder a este delito y al [a la] acusado(a). También le he explicado al [a la] acusado(a) que las Pautas son consultivas, no obligatorias, y que el juez sentenciador puede imponer una condena más alta o más baja que la recomendada por las Pautas.

8.   The plea of GUILTY offered by the defendant in Paragraph 43 accords with my understanding of the facts related to me, and is consistent with my advice to the defendant.

    La DECLARACIÓN DE CULPABILIDAD ofrecida por el [la] acusado(a) en el Párrafo 43 concuerda con lo que tengo entendido sobre los hechos que se me han relatado y es compatible con el consejo que le he dado al (a la) acusado(a).

9.   In my opinion the plea of GUILTY as offered by the defendant in Paragraph 43 of this Application is voluntarily made with understanding of the consequences of the plea. I recommend that the Court accept the plea of GUILTY.

    En mi opinión, la DECLARACIÓN DE CULPABILIDAD del modo en que el [la] acusado(a) la ofrece en el Párrafo 43 de esta solicitud la hace voluntariamente y con pleno conocimiento de las consecuencias de dicha declaración. Recomiendo que el tribunal acepte la DECLARACIÓN DE CULPABILIDAD.

Signed by me in open court, in the presence of the defendant above named, and after full disclosure of the contents of this Certification to the defendant, this __15th__ day of __Sept.__ 20__20__.

Firmado por mí en sesión pública en presencia del [de la] acusado(a) nombrado(a) arriba, después de haberle revelado completamente el contenido de esta Certificación al (a la) acusado(a) en la fecha indicada arriba.

                                        _____
                                        Attorney for the Defendant

                                        Abogado(a) del (de la) Acusado(a)

[This translation was done by Sara Garcia-Rangel, Certified Spanish Interpreter, in consultation with other federally certified interpreters, and is provided to assist Spanish-speaking defendants and their counsels in preparing for a Rule 11 proceedings: Entering of a Guilty Plea]

[Sara García-Rangel, una intérprete con certificación federal en español, tradujo este documento con el asesoramiento de otros intérpretes que también cuentan con certificación federal. Se lo proporcionamos a los acusados hispanohablantes y a sus abogados para ayudarles a prepararse para las Declaraciones de Culpabilidad realizadas conforme a la Norma 11.]