```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minutes of Proceeding

OFFICE:   Trenton
JUDGE     Freda L. Wolfson, U.S.D.J.     Date: March 24, 2022

COURT REPORTER: Carol Farrell

TITLE OF CASE:                           Cr. 3:20-779-01(FLW)


UNITED STATES OF AMERICA

vs.

CYNTHIA TARRAGO-DIAZ
        DEFENDANT PRESENT VIA ZOOM

APPEARANCES:

J. Brendan Day, AUSA for Government.
Andrea Bergman, AFPD for Defendant.
Randi Martorano, U.S. Probation Officer
Carlos Camacho, Spanish Interpreter

NATURE OF PROCEEDINGS: SENTENCING as to Count 1 of the Information.

All parties consent to proceed via zoom.  Order to be filed.
Ordered Interpreter sworn; Interpreter sworn.
Sentencing: Imprisonment - 33 Months.
No Supervised Release imposed.
Fine Waived.
Special Assessment: $100.00.
Defendant remanded to the custody of the U.S. Marshals.
Parties advised of appeal rights.
Forfeiture ordered in the amount of $119,049.00. Order to be
submitted.


TIME COMMENCED: 1:30 P.M.
TIME ADJOURNED: 2:25 P.M.
TOTAL TIME: 55 minutes

                                     s/Jacqueline Merrigan
                                     Deputy Clerk
```